FILED
2008 AUG 29 PM 2:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2666

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Section 841(c)(2) - Possession of Listed Chemicals Knowing Or Having Reasonable Cause To Believe That It Would Be Used To Manufacture Methamphetamine |
| ERICK JULIAN FIOL-SANTANA, ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about August 28, 2008, within the Southern District of California, defendant ERICK JULIAN FIOL-SANTANA did knowingly and intentionally possess a listed chemical, to wit, hypophosphorous acid, a List I Chemical, as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, namely methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(c)(2)..

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF August 2008.

_____
MAGISTRATE JUDGE

8/28/08

## **STATEMENT OF FACTS**

At approximately 1952 hours, on August 28, 2008, Erick Julian FIOL-Santana entered the United States from the Republic of Mexico via the San Ysidro (California) Port of Entry (POE). Erick Julian FIOL-Santana was the driver of a 1998 Oldsmobile Eighty-Eight bearing Baja California, Mexico (BA/MX) license plate number BCT7617.

US Customs and Border Protection Officer (CBPO) Guillermo Isyasa was conducting primary inspections at the San Ysidro, California, POE, when he came in contact with FIOL-Santana. CBPO Isyasa obtained two negative customs declarations from FIOL-Santana then escorted the Oldsmoile Eighty-Eight and FIOL-Santana into the Customs and Border Protection secondary inspection area for further review due to a computer generated referral.

In secondary inspection, CBPO Jonathon Nation conducted an inspection of the Oldsmobile sedan. CBPO Nation found two five gallon water bottles in the rear seat area of the vehicle. When CBPO Nation shook the water bottles, he noticed that the contents of the bottles "fizzed," which was inconsistent with the normal behavior of water. CBPO Supervisor Robert Boutwell subsequently opened one of the bottles and found the liquid to have an acidic odor with an odd color. The liquid also appeared to be oily. CBP Hazardous Materials Officer William Moss was then notified and he responded to the scene. A field-test was conducted by CBPO Moss on the contents of a water bottle, which confirmed the presence of hypophosphorous acid.

At approximately 2130 hours on August 28, 2008, Special Agent (SA) Joseph Dempster was summoned to the San Ysidro POE. FIOL-Santana was read his rights per Miranda in the Spanish language by San Diego Police Officer (SDPO) Ivan Garcia as witnessed by SA Dempster. FIOL-Santana waived his Miranda Rights and agreed to speak with SA Dempster and

SDPO Garcia. FIOL-Santana admitted that the hypophosphorous acid was going to be used to produce methamphetamine. FIOL-Santana was subsequently transported and booked into the Metropolitan Correctional Center pending federal prosecution.

*[signatures]*