KAREN P. HEWITT
United States Attorney
SHERRI WALKER HOBSON
Assistant U.S. Attorney
California State Bar No. 142947
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5027 /(619) 557-3445
Email: sherri.hobson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08mj2666-LSP |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ERICK JULIAN FIOL-SANTANA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Sherri Walker Hobson | 142947 | 619-557-5027 | sherri.hobson@usdoj.gov |

1
2
3

    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

4
5

| <u>Name</u> | <u>CBN</u> | <u>Tele. No.</u> | <u>Email Address</u> |
|---|---|---|---|
| N/A | | | |

6
7

    DATED: September 5, 2008

8
9

                            Respectfully submitted,

                            KAREN P. HEWITT
                            United States Attorney

10
11

                            <u>s/ Sherri Walker Hobson</u>
                            SHERRI WALKER HOBSON
                            Assistant United States Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08mj2666-LSP |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ERICK JULIAN FIOL-SANTANA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Sherri Walker Hobson, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Elizabeth Barros, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008.

s/Sherri Walker Hobson
SHERRI WALKER HOBSON
Assistant U.S. Attorney